1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BALWINDER JAMMU, ET AL., | CASE NO. 2:24-CV-02063-CSK |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| USCIS, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiffs does not oppose. In this case, Plaintiffs allege that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of their pending asylum application, which they filed in June 2022. The parties are working to take further action in this matter, which is expended to render this lawsuit moot.

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is November 18, 2024.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  September 27, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: September 27, 2024

By: /s/ JOE SIGUENZA
JOE SIGUENZA
Counsel for Plaintiff

[PROPOSED] ORDER

It is so ordered.

Dated:  October 15, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, jamm2063.24

2